GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203
gmushmeche@ksjattorneys.com
*Attorneys for Defendant*
*Harris & Harris, LTD.*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARA COLLARD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD<br><br>Defendant. | Case No.: 2:21-CV-01272-JCM-VCF<br><br>Dept. No.:<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant, HARRIS & HARRIS, LTD. ("Defendant"), and Plaintiff, TARA COLLARD, by and through their respective counsel of record, stipulate and agree to extend the deadline to August 24, 2021, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to Defendant's request for an extension.

///

///

///

///

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 10th day of August, 2021.

| | |
|---|---|
| KIND LAW | KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD. |
| /s/Michael Kind<br>MICHAEL KIND, ESQ.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Tel: (702) 337-2322<br>Fax: (702) 329-5881<br><br>FREEDOM LAW FIRM | GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 10411<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Tel: (702) 362-6666<br>Fax: (702) 362-2203<br>*Attorneys for Defendant,*<br>*Harris & Harris, LTD.* |
| /s/Gerardo Avalos<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Ste. 350<br>Las Vegas, NV 89123<br>Tel: (702) 880-554<br>Fax: (702) 385-5518<br>*Attorneys for Plaintiff,*<br>*Tara Collard* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                    MAGISTRATE

Dated this 12th day of August, 2021.