GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203
gmushmeche@ksjattorneys.com
*Attorneys for Defendant*
*Harris & Harris, LTD.*

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARA COLLARD, an Individual, | Case No.: 2:21-CV-01272-JCM-VCF |
| Plaintiff, | Dept. No.: |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| HARRIS & HARRIS, LTD | |
| Defendant. | [SECOND REQUEST FOR EXTENSION] |

COMES NOW, Defendant, HARRIS & HARRIS, LTD. ("Defendant"), and Plaintiff, TARA COLLARD, by and through their respective counsel of record, stipulate and agree to extend the deadline to September 7, 2021, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's second request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and to explore settlement possibilities. Plaintiff has no opposition to Defendant's request for an extension.

///

///

///

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 23rd day of August, 2021.

KIND LAW

/s/Michael Kind
MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881

FREEDOM LAW FIRM

/s/Gerardo Avalos
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV 89123
Tel: (702) 880-554
Fax: (702) 385-5518
*Attorneys for Plaintiff,
Tara Collard*

KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.

GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Tel:  (702) 362-6666
Fax:   (702) 362-2203
*Attorneys for Defendant,
Harris & Harris, LTD.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

August 24, 2021