1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
6  Las Vegas, Nevada 89123
   (702) 880-5554
7  (702) 385-5518 (fax)
8  Ghaines@freedomlegalteam.com
9  *Attorneys for Plaintiff Tara Collard*

10
11          **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
12
13  Tara Collard,                    | Case No.: 2:21-cv-01272-JCM-VCF
14
15              Plaintiff,            | **Stipulation of dismissal of Harris**
    v.                                | **& Harris, LTD**
16
17  Harris & Harris, LTD,
18
19              Defendant.

20      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Tara Collard
21  and Harris & Harris, LTD stipulate to dismiss Plaintiff's claims against Harris &
22  Harris, LTD.
23  ///
24  ///
25  ///
26
27

S TIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 1, 2021.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Tara Collard*

**KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.**

/s/ Gina M. Mushmeche
Gina M. Mushmeche, Esq.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Counsel for Harris & Harris, LTD*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 8, 2021

STIPULATION - 2 -